Linklaters

Linklaters LLP
601 Thirteenth Street, N.W.
Suite 400 South
Washington, DC 20005
Telephone (+1) 202 654 9200
adam.lurie@linklaters.com

Clerk of the Court
United States Court of Appeals
for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

March 18, 2026

**Re: *United States v. Nader Pourhassan*, No. 26-4062 | Rule 45 Notice (Docket Entry 5)**

Dear Clerk of the Court:

I write in response to the Rule 45 Notice dated March 4, 2026 requiring Dr. Pourhassan's counsel to file the docketing statement and notice of appearance of counsel by March 19, 2026.

While Linklaters represented Dr. Pourhassan in the underlying proceedings before Judge Xinis (No. 8:22-cr-00440-PX), Linklaters will not be representing him in this appeal. Dr. Pourhassan is working with all possible speed to retain appellate counsel, but that process is taking some time. Dr. Pourhassan therefore respectfully requests that the Court extend the deadline to file the docketing statement and appearance of counsel by an additional fifteen (15) days.

The Managing Clerk at Linklaters contacted Ms. Barton, the assigned case administrator, regarding this deadline and was advised that this letter should be filed on the docket to request that the deadline be re-calendared. Dr. Pourhassan fully intends to prosecute this appeal and would appreciate this additional time while the retention of his appellate counsel is finalized.

Respectfully submitted,

Regards,

Adam S. Lurie
Partner
Linklaters LLP