UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No. 26-4062 |
| v. | : | |
| | : | |
| NADER POURHASSAN, | : | D.C. No. 8:22-cr-00440-PX-1 |
| Appellant. | : | (District of Maryland) |
| | : | |

UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE OPENING BRIEF AND JOINT APPENDIX

Appellant Nader Pourhasson respectfully moves this Court pursuant to Fed. R. App. P. 26(b) and Fourth Cir. R. 31(c) for a 31-day[1] extension of time to file the opening brief for Appellant Pourhassan and the joint appendix. In support of this motion, Appellant states as follows:

1. The briefing schedule issued on July 10, 2026 [ECF 19] and directed the opening brief and joint appendix to be filed by August 14, 2026.

2. This appeal arises out of a complex, 17-day trial on a 13-count indictment charging conspiracy, securities fraud, wire fraud, and insider trading in the context of a biotechnology company's clinical development of an investigational drug. In addition to the lengthy trial, there was extensive pre- and post-trial litigation addressing various legal and evidentiary issues—

---

[1] Appellant requests 31 days because a 30-day extension would make Sunday, September 13, the due date.

including *Daubert* and related challenges to 10 putative expert witnesses. The sentencing proceedings were similarly extensive and complex, spanning four days from September 2025 through January 2026.

3. Undersigned counsel—until recently a sole practitioner—did not represent Appellant in district court, and was retained for appeal post-sentencing. Since entering her appearance in April 2026, counsel has been diligently assembling the extensive record and case file from trial counsel and the public docket, and has begun reviewing the record for potential appellate issues.

4. In addition to assembling the record and beginning her review, counsel must simultaneously attend to her other professional commitments. Counsel maintains a busy appellate practice and is presently preparing an opening brief due August 21, 2026 in another complex case, *United States v. Amar*, Nos. 25-2895 (2d Cir.)(cons. with 26-832, 26-877). Counsel is also collaborating with a trial team on legal strategy and briefing in advance of an October trial date in *United States v. Boone*, No. 22-CR-426 (M.D. Pa.).

5. Counsel acknowledges that the Court discourages motions for extensions (Fourth Cir. R. 31(c)) and respectfully assures the Court that the size and complexity of this case are extraordinary, and that the extension requested is necessary to permit counsel to discharge her obligations to the

Court and to her client.

6. Counsel for the government-appellee, William G. Clayman, has been advised of this motion and indicates that the government consents to the requested extension.

WHEREFORE, Appellant Pourhassan respectfully requests that the Court grant this Motion for a 31-day extension of time to file his Opening Brief, to September 14, 2026.

Respectfully submitted,

*/s/ Lisa A. Mathewson*
Lisa A. Mathewson
Mathewson Law LLC
1617 John F. Kennedy Blvd., Suite 2027
Philadelphia, PA 19103
215-399-9592
lam@mathewson-law.com

*Attorney for Appellant Nader Pourhassan*

August 7, 2026

CERTIFICATE OF COMPLIANCE

This document complies with the 5200-word limit prescribed by Fed.R.App.P. 27(d)(2)(A) for motions. This document contains 407 words exclusive of caption, signature block and certifications.

*/s/ Lisa A. Mathewson*

CERTIFICATE OF SERVICE

I certify that on this date I filed the foregoing Motion via this Court's CM/ECF system, which will automatically serve it upon the parties of record.

*/s/ Lisa A. Mathewson*

Date: August 7, 2026