FILED: September 8, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-4062
(8:22-cr-00440-PX-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

NADER POURHASSAN

Defendant - Appellant

---

O R D E R

---

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the opening brief and joint appendix shall be disfavored. The briefing schedule is extended as follows:

Opening brief and Joint appendix due: 10/14/2026

Response brief due: 11/04/2026

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk